

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00136-CV

DAVID DEAN DAWSON AND
ELIZABETH TORRES

APPELLANTS
AND APPELLEES

V.

FAYE DIAN LIPHAM

APPELLEE
AND APPELLANT

------------

FROM THE 158TH DISTRICT COURT OF DENTON COUNTY
TRIAL COURT NO. 2013-20042-158

------------

## MEMORANDUM OPINION[1]

------------

We have considered the "Motion to Dismiss Cross-Appeal" filed by Faye Dian Lipham. Because it will not prejudice the remaining parties, we grant Lipham's motion and dismiss her notice of appeal. *See* Tex. R. App. P. 42.1(b). The appeal filed by David Dean Dawson and Elizabeth Torres remains pending,

---

[1]*See* Tex. R. App. P. 47.4.

and Lipham's request to assess costs against Dawson and Torres will be carried with the case.

PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and SUDDERTH, J.

DELIVERED:  February 4, 2016